■ VICTOR A. PCHELLAS et al., Respondents, v. HELEN M. BUTLER, Appellant.— Order unanimously affirmed, with costs to respondents to abide the event. (Appeal by defendant from an order of Erie Special Term reversing a judgment of Buffalo City Court in an action to recover rent, and granting a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ DOMINIC CATALINO, Individually and as President of Federal Labor Union No. 23983, et al., Respondents, v. FIRST TRUST & DEPOSIT COMPANY, Appellant, and MICHEAL MANN et al., Respondents.— Order insofar as appealed from unanimously affirmed, without costs of this appeal to any party. (Appeal from part of order of Onondaga Special Term denying motion by defendant Trust Co. for interpleader.) Present — Bastow, J. P., Goldman, Halpern and Henry, JJ.

■ DOMINIC CATALINO, Individually and as President of Federal Labor Union No. 23983, et al., Appellants, v. FIRST TRUST & DEPOSIT COMPANY, Defendant, and MICHAEL MANN et al., Respondents.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Onondaga Special Term granting motion by certain defendants to dismiss plaintiffs' complaint; the order also denied motion by defendant Trust Co. for an interpleader.) Present — Bastow, J. P., Goldman, Halpern and Henry, JJ.

■ MARY S. McNULTY, Respondent, v. WILLIAM W. KUBICZ, Appellant, et al., Defendants.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and order of Niagara County Court for plaintiff in an action by an assignee to foreclose a mortgage executed by defendants Kubicz in favor of plaintiff's assignor. The order struck out the answer and affirmative defense of defendant Kubicz and granted plaintiff's application for summary judgment.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [17 Misc 2d 1016.]